IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE MOTION TO CONFIRM ARBITRATION AWARD BY HON. PETER J. WIRS**<br><br>            **Plaintiff,**<br><br>        v.<br><br>**REPUBLICAN NATIONAL COMMITTEE** *et al*.<br><br>            **Defendants.** | **CIVIL ACTION NO. 19-4072** |

# ORDER

**AND NOW,** this 30th day of September 2021, upon consideration of the pending motions and the responses and replies thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1.  Plaintiff's First Motion for Relief Under Fed. R. Civ. P. 60(d)(3) [Doc. No. 36] is **DENIED**;

2.  Plaintiff's Motion to Stay [Doc. No. 43] is **DENIED**; and

3.  Defendant's Motion for Sanctions and in Opposition to the Motion for Relief [Doc. No. 37] is **GRANTED.**

4.  A hearing is scheduled for **October 19, 2021** at **2:00 PM** in **Courtroom 12A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106 to determine the sanctions that will be imposed on Peter J. Wirs. All parties and counsel shall appear.

5.  Sanctions to be considered at this hearing will include each of the following:

    (a) Revocation of Peter J Wirs's access to the federal court e-filing docketing system, CM/ECF.

(b) Direction that the Clerk of the United States District Court for the Eastern District of Pennsylvania refuse to accept any further *pro se* filings from Wirs in this matter or any related matters between the parties hereto.

(c) A declaration from the Court that Wirs is a vexatious litigant, and Mr. Wirs suffering the consequences thereof.

(d) Monetary penalties in any amount authorized under Rule 11 of the Federal Rules of Civil Procedure, including payment to Defendant of part or all of the reasonable attorney's fees and other expenses directly resulting from Peter J. Wirs's sanctionable conduct before this Court.

It is so **ORDERED.**

                                              **BY THE COURT:**

                                              **/s/ Cynthia M. Rufe**
                                              _____
                                              **CYNTHIA M. RUFE, J.**