**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE MOTION TO CONFIRM ARBITRATION AWARD BY HON. PETER J. WIRS**<br><br>               **Plaintiff,**<br><br>    **v.**<br><br>**REPUBLICAN NATIONAL COMMITTEE** *et al.*<br><br>               **Defendants.** | **CIVIL ACTION NO. 19-4072** |

## ORDER

**AND NOW,** this 8th day of December 2021, pursuant to this Court's Order of September 30, 2021,[1] for the reasons set forth in the Memorandum Opinion accompanying that Order,[2] upon consideration of the arguments presented by the parties in the hearing of October 19, 2021,[3] for the reasons set forth in the Memorandum Opinion accompanying this Order, and on review of the full record in this case, it is hereby **ORDERED** that:

(1) The Republican National Committee's ("RNC") motion for monetary sanctions pursuant to Rule 11 is **GRANTED**, and no later than **December 15, 2021**, Defendant RNC shall submit to the Court an accounting of all legal fees and other expenses incurred by the RNC in this action, *provided* that such accounting shall not include any legal fees or other expenses incurred prior to the Court's Order of January 29, 2020 [Doc. No. 33], and that such accounting shall not include any legal fees or other

---

[1] Order Sept. 30, 2021 [Doc. No. 45].

[2] Mem. Op. [Doc. No. 44].

[3] *See* Hr'g Tr. [Doc. No. 51].

expenses incurred with respect to any proceedings before the Court of Appeals or in Pennsylvania state courts. The Court defers ruling on the specific amount of monetary sanctions until the submission of such accounting.

(2) The Court's Order of September 30, 2019 [Doc. No. 8], is **VACATED**, and the Clerk of Court is directed to **REVOKE** Peter J Wirs's access to the Case Management/Electronic Filing System ("CM/ECF").

(3) The Court **DECLARES** Peter J. Wirs a vexatious litigant.

(4) The Court **ENJOINS** Peter J. Wirs from:

   a. Filing, without prior authorization of the Court, any complaint, lawsuit, or petition for writ of mandamus arising from or related to the claims litigated before this Court or against any of the parties hereto;

   b. Representing or purporting to represent the interests of the Lincoln Charitable Trust in the Eastern District of Pennsylvania unless counsel undertakes to represent the Trust; or

   c. Purporting to act in any capacity on behalf of either the Democratic National Committee ("DNC") or the RNC without the express written consent of such entity.

(5) Any motion seeking leave from the Court to make any filing described above, must include a declaration prepared pursuant to 28 U.S.C. § 1746 or a sworn affidavit certifying that (a) the proposed filing raises a new issue that has never been previously raised by the filer in this or any other court, (b) the claim or issue is not frivolous, and (c) the proposed filing is not submitted in bad faith or without a legal and factual basis for seeking relief.

(6) As a condition of granting any motion described above, the Court will require a bond for the counsel fees and expenses of any parties in an amount to be determined by this Court at the time of filing upon consideration of the nature and extent of the claims and on submission of specific information regarding the financial resources available to Peter J. Wirs and any counsel of record.

(7) Nothing in this Order shall limit the rights of Peter J. Wirs with respect to either the pending appeal in this case[4] or to any appeal from the sanctions imposed by the Court.[5]

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**

---

[4] *In Re Motion to Confirm Arbitration Award*, App. No. 21-2890 (3d Cir. filed Oct. 14, 2021).

[5] The Court further notes that this Order does not limit Wirs's ability to proceed with his complaint allegedly submitted to the Department of Justice, or with any proceedings purportedly pending before the Judicial Conduct Board of Pennsylvania.